UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE KENNELLY

MAGISTRATE JUDGE DENLOW

UNITED STATES OF AMERICA )
   v. )   Violations: Title 21, United
   )    States Code, Section 846
ROGELIO DIAZ and )
CARMEN LARA, )   07 CR 653

FILED
JAN 1 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COUNT ONE

The SPECIAL JUNE 2007 GRAND JURY charges:

Between on or about October 1, 2007 and on or about October 2, 2007, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

ROGELIO DIAZ and
CARMEN LARA,

defendants herein, conspired and agreed with each other, and with others known and unknown to the Grand Jury, knowingly and intentionally to possess with intent to distribute and to distribute controlled substances, namely, in excess of five kilograms of mixtures containing cocaine, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

All in violation of Title 21, United States Code, Section 846.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY