Minute Order Form (rev. 4/99)

# MAGISTRATE JUDGE DENLOW

07 GJ 0974

### UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE KENNELLY | Sitting Judge if Other Than Assigned Judge | Morton Denlow |
|---|---|---|---|
| CASE NUMBER | 07 CR 0653 | DATE | JANUARY 10, 2008 |
| CASE TITLE | US v. ROGELIO DIAZ & CARMEN LARA | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

## GRAND JURY PROCEEDING

### SPECIAL JUNE 2007

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _Morton Denlow_

Docket Entry:

NO BOND SET, DETAINED BY MAGISTRATE IN 07 CR 0653 AS TO ROGELIO DIAZ. TO ISSUE BENCH WARRANT, GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142 AS TO CARMEN LARA IN 07 CR 650. DEFENDANT IS A FUGITIVE.

FILED

JAN 10 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                                    UNDER SEAL)

| | | | Number of notices | DOCKET# |
|---|---|---|---|---|
| ___ No notices required, advised in open court. | | | | |
| ___ No notices required. | | | Date docketed | |
| ___ Notices mailed by judge's staff. | | | Docketing dpty. initials | |
| ___ Notified counsel by telephone. | | | | |
| ___ Docketing to mail notices | | | Date mailed notice | |
| ___ Mail AO 450 form. | | | | |
| ___ Copy to judge/magistrate judge. | | | Mailing dpty. initials | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | | |